UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

MOUNTAINS OF SABER, LLC.,

                             Debtor.

-------------------------------------------------------x

Chapter 11

Case No. 24-43693-jmm

## ORDER SCHEDULING HEARING ON DEBTOR'S MOTION FOR ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

**WHEREAS**, the above-captioned debtor (the "Debtor") filed a motion seeking the entry of an Order to Show Cause (the "Motion") [ECF No. 13] for: (I) an Order directing David Scop (the "Custodian") to deliver all of the Debtor's property held by or transferred to the Custodian and all proceeds, rents or profits of the property located at 797-815 Stanley Avenue, Brooklyn, NY (the "Property"), (II) an accounting of any property of the Debtor, and (III) temporarily restraining the Custodian from making any payments or disbursement from any account of the Debtor or funds emanating from the Property; and upon the Declaration of H Bruce Bronson, the Debtor's proposed counsel; and

**WHEREAS**, the Movant seeks an expedited hearing on the Motion; and

**WHEREAS**, the Court finds cause exists for an expedited hearing on the Motion; and

**WHEREAS**, the Debtor has <u>not</u> pled a prima facie case of an existing threat of immediate and irreparable injury to the Debtor or its estate and creditors and has not provided proof of service on the parties to be restrained.

**NOW, THEREFORE**, it is hereby

**ORDERED**, that the Custodian appear and show cause why the Court should not grant the Motion at a hearing to be held before Judge Jil Mazer-Marino of the United States

Bankruptcy Court, Eastern District of New York, 271-C, Courtroom 3529, Cadman Plaza East, Brooklyn, New York 11201 on **October 1, 2024 at 12:30 p.m.** (the "Hearing"); and it is further

**ORDERED**, that the Hearing may be held by phone or by videoconference. Those intending to appear at the Hearing must register with eCourt Appearances no later than two (2) hours prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126.  If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further

**ORDERED**, that the Movant shall serve a copy of this Order Scheduling Hearing together with the Motion on the Office of the U.S. Trustee by CM/ECF and on David Scop, Kamal Alsaede, and their respective attorneys (to the extent known), by: (a) overnight mail for Saturday morning delivery or by hand; and (b) by e-mail or facsimile (to the extent this information is known or available) by **September 27, 2024 at 6:00 p.m.**, which shall be deemed good and sufficient service hereof; and it is further

**ORDERED**, that the Movant shall file a certificate of service with the Court by **September 30, 2024 at 10:00 a.m.**, evidencing the Movant's compliance with the service requirements in this Order Scheduling Hearing; and it is further

**ORDERED**, that objections or responses to the Motion may be interposed at the Hearing.



Dated: September 27, 2024
Brooklyn, New York

_____
Jil Mazer-Marino
United States Bankruptcy Judge