| | |
|---|---|
| BRONSON LAW OFFICES, P.C.<br>H. Bruce Bronson, Esq.<br>480 Mamaroneck Ave.<br>Harrison, NY 10528<br>914-269-2530 (tel.)<br>hbbronson@bronsonlaw.net<br>*Proposed Counsel to Debtor* | **PRESENTMENT DATE: OCTOBER 18, 2024**<br>**PRESENTMENT TIME: 12:00 P.M.** |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
─────────────────────────────────────

In Re:

MOUNTAINS OF SABER, LLC,

        Debtor.

Chapter 11

Case No. 24-43693 (JMM)

─────────────────────────────────────

### NOTICE OF PRESENTMENT OF ORDER APPROVING DEBTOR'S APPLICATION TO EMPLOY BROOKLYN PROPERTY MANAGERS CORP. AS PROPERTY MANAGER FOR THE PROPERTY LOCATED AT 797-815 STANLEY AVENUE, BROOKLYN, NY

**PLEASE TAKE NOTICE** that upon the annexed application (the "Application") of BRONSON LAW OFFICES, P.C. (the "Firm") made on behalf of MOUNTAINS OF SABER, LLC, the above referenced debtor (the "Debtor") pursuant to Section 363 of Title 11, United States Code, as amended (the "Bankruptcy Code"), and Bankruptcy Rule 2014(a) seeking authority to employ Brooklyn Property Managers, Corp, as property manager for the property located at 797-815 Stanley Avenue, Brooklyn, NY, the annexed order will be presented to the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201-1800 on **October 18, 2024,** at 12:00 Noon.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, must be in writing and filed with the Bankruptcy Court and served upon the undersigned seven (7) days prior to the presentment date. In the event that no objections are interposed, the proposed order may be entered.

Dated: September 30, 2024
       Harrison, NY 10528

                        **BRONSON LAW OFFICES, P.C.**

                        */s/: H. Bruce Bronson*
                        H. Bruce Bronson, Esq.