# EXHIBIT B

 **U.S. Trustee Program**
U.S. Department of Justice

# Region 2 : Staff Directory

| Name | Position | Telephone |
|---|---|---|
| Marylou Martin | Assistant U.S. Trustee | 212-206-2582 |
| Janease Clarke | Paralegal Specialist | 212-206-6291 |
| Leiden Czarniecki | Paralegal Specialist | 212-206-6292 |
| Angel M. Dios | Paralegal Specialist | 212-206-6293 |
| Neidy Fuentes | Auditor | 212-206-2587 |
| Nazar Khodorovsky | Trial Attorney | 212-206-2583 |
| Reema Lateef | Trial Attorney | 212-206-2584 |
| Michelle A. Leary | Auditor | 212-206-6294 |
| Dianna Mohabir | Paralegal Specialist | 212-206-6290 |
| Cheuk M. Ng | Auditor | 212-206-6295 |
| Lynda A. Rettagliata | Analyst | 212-206-6296 |
| Shannon Scott | Trial Attorney | 212-206-2586 |
| Jeremy S. Sussman | Trial Attorney | 212-206-2585 |

Updated June 17, 2024

Executive Office for U.S. Trustees

441 G Street, NW Suite 6150

# Chambers Directory

## Brooklyn Chambers

| | |
|---|---|
| **Hon. Elizabeth S. Stong** <br> Courtroom 3585 | (347) 394-1860 |
| Nicholas Russo, <br> Law Clerk | (347) 394-1786 |
| Ethan Yaro, <br> Law Clerk | (347) 394-1875 |
| Douglas Waltzer, <br> Professional Volunteer | (347) 394-1861 |
| William Schwartz, <br> Law Clerk | (347) 394-1863 |
| Sheree Jackson, <br> Courtroom Deputy | (347) 394-1864 |
| **Hon. Nancy Hershey Lord** <br> Courtroom 3577 | (347) 394-1850 |
| Daniel LeBrun, <br> Law Clerk | (347) 394-1851 |
| Sharon Weiss, <br> Law Clerk | (347) 394-1853 |
| Angela Howard, <br> Courtroom Deputy | (347) 394-1854 |
| **Hon. Jil Mazer-Marino** <br> Courtroom 3529 | (347) 394-1840 |

## Central Islip Chambers

| | |
|---|---|
| **Hon. Alan S. Trust** <br> **Chief Judge** <br> Courtroom 960 | (631) 712-5680 |
| Amanda Tersigni, <br> Law Clerk | (631) 712-5682 |
| Salvatore Salerno, <br> Law Clerk | (631) 712-5742 |
| Lauren Shoemaker, <br> Law Clerk | (631) 712-5696 |
| Yvette Mills, <br> Courtroom Deputy | (631) 712-6277 |
| **Hon. Robert E. Grossman** <br> Courtroom 860 | (631) 712-5740 |
| Catherine Christensen-Cozzette, <br> Law Clerk | (631) 712-5691 |
| Georgia Tsignopoulos, <br> Law Clerk | (631) 712-5752 |
| Lynn Ryan, <br> Law Clerk | (631) 712-5683 |
| Lauren Pittman, <br> Law Clerk | (631) 712-5693 |
| Amy Tenneriello, <br> Courtroom Deputy | (631) 712-6276 |

| | |
|---|---|
| Anya Hovanic,<br>Law Clerk | (347) 394-1843 |
| Owen Parmer,<br>Law Clerk | (347) 394-1874 |
| Tracie Leonard,<br>Courtroom Deputy | (347) 394-1844 |

| | |
|---|---|
| **Hon. Louis A. Scarcella**<br>**Courtroom 970** | (631) 712-5690 |
| Winnie Tsang-Louie,<br>Law Clerk | (631) 712-5694 |
| Haim Bildirici,<br>Law Clerk | (631) 712-5692 |
| Diane Corsini,<br>Courtroom Deputy | (631) 712-6278 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0207-1<br>Case 1-24-43693-jmm<br>Eastern District of New York<br>Brooklyn<br>Mon Sep 30 16:15:34 EDT 2024 | Mountains of Saber, LLC<br>1422 Clove Road<br>Staten Island, NY 10301-4335 | NYC Dept of Finance<br>345 Adams Street<br>10th Fl, South Side<br>Brooklyn, NY 11201-3739 |
| NYS Dept of Taxation & Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | NYS Unemployment Insurance<br>Attn: Insolvency Unit<br>Bldg. #12 Room 256<br>Albany, NY 12201 | 1<br>271-C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11201-1800 |
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC<br>BANKRUPTCY / EAG GROUP<br>4 IRVING PLACE 9TH FLOOR<br>NEW YORK, NY 10003-3502 | Capital A Managment<br>1422 Clove Road<br>Staten Island, NY 10301-4335 | Con Edison<br>JAF Station  PO Box 1702<br>New York, NY 10116-1702 |
| DEP Water Board<br>59-17 Junction Blvd<br>Elmhurst, NY 11373-5188 | David Scop, Esq.<br>4522 18th Ave.<br>Brooklyn, NY 11204-1323 | Elliot S. Martin<br>16 Court Street, Suite 2304<br>Brooklyn, NY 11241-1023 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346.<br>Philadelphia, PA 19101-7346 | Its Mine2 Realty LLC<br>1422 Clove Rd.<br>Staten Island, NY 10301-4335 | Joseph Altman<br>654 North Terrace Ave.<br>Mount Vernon, NY 10552-2702 |
| Julian Kaufman, Esq.<br>145 Mt. Vernon Avenue<br>Mount Vernon, NY 10550-1740 | Kamil Alsaidi<br>11156 Winding Pearl Way<br>Wellington, FL 33414-8837 | Metallic General Construction<br>1615 Greenway Blvd.<br>Valley Stream, NY 11580-1217 |
| NYC Corporation Counsel<br>100 Church St<br>New York, NY 10007-2668 | NYC Department of Finance<br>One Centre Street, 22nd Floor<br>New York, NY 10007-1632 | Office of the United States Trustee<br>Eastern District of NY (Brooklyn)<br>Alexander Hamilton Custom House<br>One Bowling Green<br>Room 510<br>New York, NY 10004-1415 |
| Safety Fire Sprinkler System<br>1070 38th Street<br>Brooklyn, NY 11219-1011 | Steve Polyakov, Esq.<br>Sibilla Alessi Pantano Gupta, LLC<br>5 West 37th Street, Suite 501<br>New York, NY 10018-5384 | US Attorney's Office<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW, Room 2242<br>Washington, DC 20530-0001 |
| H Bruce Bronson<br>Bronson Law Offices PC<br>480 Mamaroneck Ave.<br>Harrison, NY 10528-1621 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)NYS Unemployment Insurance<br>Attn: Insolvency Unit<br>Bldg. #12 Room 256<br>Albany, NY 12201 | (d)NYS Department of Taxation and Finance<br>Bankruptcy Section PO Box 5300<br>Albany, NY 12205-0300 | (u)Kamal Alsaidi |

**End of Label Matrix**
**Mailable recipients    24**
**Bypassed recipients     3**
**Total                  27**