UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

MOUNTAINS OF SABER, LLC

Debtor.
-------------------------------------------------------x

Chapter 11

Case No. 24-43693-jmm

**ORDER SCHEDULING HEARING ON MOUNTAINS OF SABER, LLC'S MOTION FOR RECONSIDERATION OF THE COURT'S INTERLOCUTORY DENIAL OF THE IMMEDIATE TURNOVER OF ALL PROPERTY BY THE SUPERSEDED STATE COURT RECEIVER PURSUANT TO RULES 59 AND 60 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND BANKRUPTCY RULES 9023 AND 9024**

**WHEREAS**, Mountains of Saber, LLC (the "Movant") filed a motion [ECF No. 21] (the "Motion"), seeking reconsideration of the Court's determination not to direct turnover from the receiver appointed in a state-court action, pending an evidentiary hearing on the Movant's motion for turnover; and

**WHEREAS**, the Movant seeks an expedited hearing on the Motion; and

**WHEREAS**, cause exists for an expedited hearing on the Motion.

**NOW, THEREFORE**, it is hereby

**ORDERED**, that Court will hold a hearing on the Motion before Judge Jil Mazer-Marino of the United States Bankruptcy Court, Eastern District of New York, 271-C, Courtroom 3529, Cadman Plaza East, Brooklyn, New York 11201 on **October 31, 2024 at 10:00 a.m**. (the "Hearing"); and it is further

**ORDERED**, that the Hearing may be held in person, by phone, or by videoconference. Regardless of whether you intend to appear in person, by phone, or by videoconference, those intending to appear at the Hearing must register with eCourt Appearances no later than two (2) days prior to the Hearing. The phone number or video link for the Hearing

will be emailed only to those that register with eCourt Appearances in advance of the Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further]

**ORDERED**, that the Movant shall serve a copy of this Order Scheduling Hearing together with the Motion by overnight delivery and e-mail by **October 18, 2024** on: (a) David Scop, Esq.; (b) Michael T. Conway, Esq.; (c) Michael Lynch, Esq.; (d) Steven Polyakov, Esq.; and, (e) the Office of the United States Trustee for Region 2, which shall be deemed good and sufficient service hereof; and it is further

**ORDERED**, that the Movant shall file a certificate of service with the Court by October 22, 2024, evidencing the Movant's compliance with the service requirements in this Order Scheduling Hearing; and it is further

**ORDERED**, that objections to the Motion shall be in writing and shall be filed with the Court and served on Movant's counsel, Bronson Law Offices, P.C. 480 Mamoroneck Ave., Harrison, NY 10528 by CM/ECF by **October 25, 2024**, which shall be deemed good and sufficient service thereof; and it is further

**ORDERED**, the Court, in its discretion, may not consider objections that are not timely filed.

Dated: October 16, 2024
Brooklyn, New York

Jil Mazer-Marino
United States Bankruptcy Judge