Docusign Envelope ID: 17D23E5C-9C84-4DE2-A8E5-E53066D816AB

ALI ALSAEDE
1422 CLOVE ROAD
STATEN ISLAND, NY 10301
917 407 4546
Email: 1422al@gmail.com

December 3, 2024

Mountains of Saber LLC
797-815 Stanley Avenue
Brooklyn, NY 11207

## Re: Resignation

To Whom it may concern:

Currently I am Chief Reorganization Officer ("CRO") of Mountains of Sabler LLC (the "Debtor"), which is the Debtor in a bankruptcy case in the Eastern District of New York, case no.:24-43693.

Due to the controversy regarding my acting on behalf of the Debtor, and in order to clear the way for a successful reorganization, I hereby resign as the CRO and any other position I hold as relates to Debtor.

While I deny any and all the allegations made against me in order for there to be no distraction to the reorganization of the Debtor I have come to the above decision.

I will note that since there has been a receiver in place for more than a year, I have no funds or assets under management and therefore nothing to turn over at this time. I will make myself available for consultation if necessary, however, the managing members of the Debtor, Abdo Alsaede and Ahmed Nasser are quite capable of managing the operations of the Debtor and will work with bankruptcy counsel.

I will also note that the Debtor has negotiated with a management company that I expect Messers Alsaede and Nasser to cause the debtor to engage after bankruptcy court approval.

Ali Alsaede